# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date:   October 28, 2013 |
| Court Reporter: Janet Coppock | Time:   23 minutes |
| Probation Officer: Laura Ansart | Interpreter: n/a |

## CASE NO. 13-CR-00243-PAB-1

Parties                                                              Counsel

**UNITED STATES OF AMERICA,**                      Zachary Phillips

        Plaintiff,

vs.

**1.  RUBEN LOPEZ,**                                      Edward Harris

        Defendant.

## SENTENCING

**11:03 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Comments by Mr. Phillips in support of the Government's Motion for Downward Departure Pursuant to 5K1.1.

Page Two
13-CR-00243-PAB-1
October 28, 2013

Comments by Mr. Harris.

Court states its findings.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to 5K1.1 [Docket No. 73] is **GRANTED**.

Argument by Mr. Harris in support of the defendant's Motion for Order for Variant Sentence and comments addressing sentencing.

Argument by Mr. Phillips and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Order for Variant Sentence [Docket No. 64] is **DENIED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **August 5, 2013**  to the **Information.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **18** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado**.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one** year.

**ORDERED:  Conditions** of Supervised Release that:
(**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

Page Three
13-CR-00243-PAB-1
October 28, 2013

(**X**)     While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

(**X**)     Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

(**X**)     Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

()       Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:   Special Condition** of Supervised Release that:

(**X**)     Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:   No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant may surrender voluntarily as follows: **(**Report to the designated institution on or before **12:00 noon, 14 days from designation by the Bureau of Prisons.**

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 72]  is **GRANTED.**

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED**:   Bond is continued.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Four
13-CR-00243-PAB-1
October 28, 2013

**11:26 a.m.    COURT IN RECESS**

**Total in court time:   23 minutes**

**Hearing concluded**